```
1  JAMES McNAIR THOMPSON
   SBN 67807
2  LAW OFFICES OF JAMES McNAIR THOMPSON
   PO BOX 636
3  LOS GATOS CA 95031
   (408) 358-6047
4  Attorney for defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | Case No.: CR – 11—00811 – EMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE SECURITY |
| vs. | |
| MEDCHEM CORPORATION, and HASAN IBRAHIM, | |
| Defendants. | |

The above-captioned defendants and the United States of America, by and through their counsel of record, hereby stipulate that the time for filing the security for defendant Ibrahim's bond, presently set for 9:30 a.m., Monday, November 28, 2011, be extended to Wednesday, November 30, 2011 at 2:00 p.m., and that the Monday, November 28, 2011 hearing set for 9:30 a.m. before Magistrate Judge Spero be vacated, and the matter reset for Wednesday, November 30, 2011 at the regularly scheduled Status Conference.

DATED: November 22, 2011          MELINDA HAAG
                                  United States Attorney

---

Stipulation and [~~Proposed~~] Order                                Page 1

1                                                 _____/s/_____
PETER AXELROD
Assistant United States Attorney

_____/s/_____
JAMES McNAIR THOMPSON
Attorney for defendants

## [PROPOSED] ORDER

**GOOD CAUSE THEREFORE APPEARING,** the hearing set for November 28, 2011 at 9:30 a.m. is hereby vacated, the time for filing security for defendant Ibrahim is extended to November 30, 2011 at 2:00 p.m., and defendant Ibrahim shall appear on November 30, 2011 at 2:00 p.m. for the regularly scheduled Status Conference before Judge Chen.

Dated: 11/23/11

_____
Hon. Joseph C. Spero
Magistrate Judge, United States District Court
Northern District of California