MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0811 EMC |
| Plaintiff, | STIPULATED PROTECTIVE ORDER |
| v. | |
| MEDCHEM CORPORATION, and HASAN IBRAHIM, | |
| Defendants. | |

WHEREAS during the course of discovery in the above-captioned criminal case, the United States may produce documents and other items that have been declassified; and

WHEREAS the United States and defendants MEDCHEM CORPORATION and HASAN IBRAHIM deem it appropriate to provide for the protection of such information;

IT IS HEREBY STIPULATED AND AGREED by and between the United States and defendants MEDCHEM CORPORATION and HASAN IBRAHIM and their respective counsel (collectively, the Defense) that all declassified information shall be

governed by the following provisions:

  A. The Defense shall not disclose any declassified information to any person other than the defendant, witnesses which they may be interviewing or preparing for trial, and attorneys, law clerks, secretaries, translators, technical and other experts, and investigators, involved in the representation of the defendants in this case;

  B. The declassified information is now and will forever remain the property of the United States Government. At the conclusion of this case the defense counsel, defense counsel employees, defense translators, and anyone else who obtains declassified information through discovery from the Government will return the declassified information and all copies thereof to the Government;

  C. The Defense will store the declassified information in a secure place and will use reasonable care to ensure that the declassified information is not disclosed to third persons, including the media, in violation of this agreement;

  D. If the Defense makes any further copies of any of the declassified information, the Defense will inscribe on each copy the following notation: "U.S. Government Property; May Not Be Used Without U.S. Government Permission";

  E. If the Defense releases custody of any of the declassified information, or copies, summaries or transcripts thereof, to any person described in subparagraph (A), the Defense shall provide such recipients with copies of this Order, and advise them that such information is the property of the United States Government and that any unauthorized use may constitute a violation of law or contempt of court;

  F. Nothing herein constitutes a waiver of any right of any defendant, nor does anything herein restrict in any way the right of the Defense to use the declassified information in connection with any pleading or proceeding in this case;

  G. All persons who receive declassified information produced in discovery in this case by the United States Government shall execute the Acknowledgment of Stipulated Protective Order appended to this Order, which shall be retained by defense counsel and made available for inspection by the Court, upon request. Defendants shall not be required to provide said Acknowledgment, or the identity of the person who signed it, to the United

States, unless so ordered by the Court. The United States retains the right to request that the Court authorize such disclosure. The execution of the Acknowledgment of Stipulated Protective Order is a condition precedent for such persons to have access to declassified information in this case.

Nothing in this order shall preclude the United States or defendants MEDCHEM CORPORATION and HASAN IBRAHIM from applying to the Court for further relief or modification.

Willful violation of this Stipulated Interim Protective Order may be punishable by contempt of court, whatever other sanction the Court deems just, or any other sanctions or combination of sanctions which are legally available.

I hereby acknowledge that I have reviewed and understand this Stipulated Protective Order, and agree to be bound by its terms:

DATED: 12/19/11

MELINDA HAAG
United States Attorney

PETER B. AXELROD
Assistant United States Attorney

DATED: 12/14/11

JAMES McNAIR THOMPSON
Counsel for HASAN IBRAHIM and MEDCHEM CORPORATION

DATED: 12/13/2011

HASAN IBRAHIM
Individually and on behalf of MEDCHEM CORPORATION

IT IS SO ORDERED.

DATED: 12/21/11



ORDER

_____
Judge Edward M. Chen

**ACKNOWLEDGMENT OF STIPULATED PROTECTIVE ORDER IN:**
**UNITED STATES v. MEDCHEM CORPORATION AND HASAN IBRAHIM,**
**CR 11-0811 EMC**

The undersigned hereby acknowledges that he or she has received a copy of the Stipulated Interim Protective Order issued in <u>United States v. MEDCHEM CORPORATION AND HASAN IBRAHIM</u>, CR 11-0811 EMC, has read, understands, and agrees to the terms of the Stipulated Protective Order, and hereby submits to the jurisdiction of the United States District Court for the Northern District of California for the purposes of enforcement of the terms of the Stipulated Protective Order and the punishment of any violations thereof.

DATED:

_____
Signature

_____
Printed Name

_____
Street Address

_____
City, State, and Zip Code

_____
Area Code and Telephone Number

PROTECTIVE ORDER
CR 11-0811 EMC