MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0811 EMC |
| Plaintiff, | |
| v. | [~~PROPO~~SED] ORDER EXCLUDING TIME FROM JANUARY 25, 2012 TO MARCH 14, 2012 |
| MEDCHEM CORPORATION, and HASAN IBRAHIM | |
| Defendants. | |

    On January 25, 2012, defendant Hasan Ibrahim appeared with counsel James McNair Thompson before the Honorable Edward M. Chen, United States District Judge, for a status hearing. Defendant MedChem Corporation was also represented by Mr. Thompson at the appearance. Assistant United States Attorney Peter B. Axelrod appeared for the United States. The matter was continued to March 14, 2012 at 2:30 p.m. before the Court for further status and trial setting.

    At the hearing, the parties agreed that time be excluded between January 25, 2012 and March 14, 2012 under the Speedy Trial Act (18 U.S.C. § 3161) for effective preparation of defense counsel. Since November 30, 2011, the United States provided the defense with over

30,000 pages of discovery, and defense counsel needs additional time to review the materials.

Based upon the parties' representations and for good cause shown, the Court finds that failing to exclude the time between January 25, 2012 and March 14, 2012 would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 25, 2012 and March 14, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 25, 2012 and March 14, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____1/30/12_____                  _____
                                              EDWARD M. CHEN
                                              United States District Judge

