MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MEDCHEM CORPORATION, and <br> HASAN IBRAHIM <br><br> Defendants. | No. CR 11-0811 EMC <br><br> [~~PROP~~OSED] ORDER EXCLUDING TIME FROM MARCH 21, 2012 TO MAY 16, 2012 |

    On March 21, 2012, defendant Hasan Ibrahim appeared with counsel James McNair Thompson before the Honorable Edward M. Chen, United States District Judge, for a status hearing. Defendant MedChem Corporation was also represented by Mr. Thompson at the appearance. Assistant United States Attorney Peter B. Axelrod appeared for the United States. The matter was continued to May 16, 2012 at 2:30 p.m. before the Court for a hearing on motions to be filed by the defense.

    At the hearing, the parties agreed that time be excluded between March 21, 2012 and May 16, 2012 under the Speedy Trial Act (18 U.S.C. § 3161) for effective preparation of defense counsel and due to the defense motions (to be filed on April 11, 2012). Since November 30,

2011, the United States provided the defense with over 30,000 pages of discovery, and defense counsel needs additional time to review the materials.

Based upon the parties' representations and for good cause shown, the Court finds that failing to exclude the time between March 21, 2012 and May 16, 2012 would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Time is also excludable based on the defense motions. 18 U.S.C. § 3161(h)(1)(D). The Court further finds that the ends of justice served by excluding the time between March 21, 2012 and May 16, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between March 21, 2012 and May 16, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161, (h)(1)(D), (h)(7)(A) and (B)(iv).

DATED: 3/28/12



ORDER EXCLUDING TIME
CR 11-0811 EMC

2