| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | PETER B. AXELROD (CABN 190843)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-7234<br>E-Mail: peter.axelrod@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0811 EMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PR~~OPOSED~~] |
| v. | ) | ORDER CONTINUING MOTIONS |
| | ) | HEARING TO MAY 23, 2012 |
| MEDCHEM CORPORATION, and<br>HASAN IBRAHIM | ) | |
| | ) | |
| Defendants. | ) | |

Through counsel, the parties hereby stipulate and agree as follows:

1. Defendants Hasan Ibrahim and MedChem Corporation have filed two motions, which are currently set for hearing on May 16, 2012. *See* Clerk's Record (CR) 30 (Motion to Dismiss), 31 (Motion to Settle Jury Instructions). Under the current briefing schedule, the government's oppositions are due on April 25 and the defendants' replies are due on May 2.

2. At the government's request, the parties have agreed to a one-week continuance of the hearing date and briefing schedule. Government counsel made this request because he was occupied with an extensive filing in *United States v. Pangang Group Company*, Ltd., CR 11-0573 JSW (*see* CR 121-136) through April 19, 2012.

ORDER EXCLUDING TIME
CR 11-0811 EMC 1

3. Subject to the Court's approval, the parties agree to the following schedule: government's oppositions due on May 2, defendants' replies due on May 9, and motions' hearing on May 23, 2012 at 2:30 p.m.

SO STIPULATED:

4/23/12  /s/
DATE  PETER B. AXELROD
Assistant United States Attorney

4/23/12  /s/
DATE  JAMES McNAIR THOMPSON
Attorney for Hasan Ibrahim and MedChem Corp.

## **ORDER**

Based on the parties' stipulation, and for good cause appearing, the Court continues the hearing on the defendants' motions to dismiss and settle jury instructions (CR 30 and 31), currently set for May 16, 2012, to May 23, 2012, at 2:30pm. The governments' oppositions to these motions are now due on May 2, 2012, and defendants' replies are due on May 9, 2012.

IT IS SO ORDERED.

DATED: April 24, 2012

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA