MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
BRIAN STRETCH (CSBN 163973)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0811 EMC |
| Plaintiff, | STIPULATION CONTINUING HEARING ON POST-TRIAL MOTIONS TO SEPTEMBER 18, 2013; [P~~ROPO~~SED] ORDER   (modified) |
| v. | |
| HASAN IBRAHIM, | |
| Defendant. | |

## **STIPULATION**

The United States and defendants MedChem Corporation and Hasan Ibrahim stipulate as follows:

1. Defendant filed three post-trial motions – a Rule 29 motion for acquittal (Docket No. 158), a Rule 33 motion for a new trial (Docket No. 160), and a motion to dismiss counts 2-9 (Docket No. 161).

2. Currently, the motions are set for hearing on August 21, 2013, and the government response to the Rule 29 motion is due on August 7, 2013.

STIPULATION AND ORDER RE: POST-TRIAL MOTIONS
CR 11-0811 EMC

3. At the government's request, the parties agreed to continue the briefing and hearing schedule as follows: the government's oppositions to the Rule 29 motion, the Rule 33 motion, and the motion to dismiss are due on August 26; any replies by the defendant are due on September 4, and the hearing will occur on September 18, 2013, at 2:30 pm.

4. The government made this request because: the defense has filed three motions and government counsel needs additional time to examine the factual and legal issues raised by defendant's motions; both government counsel have been unavailable at various times; and government counsel had to prepare for a motions and trial setting hearing in another matter that was rescheduled to August 8, 2013.

SO STIPULATED.

DATED: August 7, 2013

MELINDA HAAG
United States Attorney

/S/
_____
PETER B. AXELROD
BRIAN STRETCH
Assistant United States Attorneys

DATED: August 7, 2013

/S/
_____
JAMES McNAIR THOMPSON
Attorney for Defendant Hasan Ibrahim

\\
\\
\\
\\
\\
\\

STIPULATION AND ORDER RE: POST-TRIAL MOTIONS
CR 11-0811 EMC

# [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing, the Court continues the motions' hearing currently set for August 21, 2013 to September 18, 2013 at 2:30 p.m. The Court also sets the following the government's oppositions to the Rule 29 motion, the Rule 33 motion, and the motion to dismiss (Docket Nos. 158, 160, 161) are due on August ~~26~~ 14, any replies by the defendant are due on ~~September 4~~ August 21.

IT IS SO ORDERED.

DATED:   8/7/13



_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND ORDER RE: POST-TRIAL MOTIONS
CR 11-0811 EMC