DENNIS P. RIORDAN, Esq., SBN 69320
dennis@riordan-horgan.com
DONALD M. HORGAN, Esq., SBN 121547
don@riordan-horgan.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
HASAN IBRAHIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HASAN IBRAHIM,<br><br>    Defendant. | No. CR-11-0811 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE AND CONTINUING SENTENCING HEARING DATE** |

The defendant Hasan Ibrahim, by and through his counsel Dennis P. Riordan, and the United States of America, by and through its counsel Assistant United States Attorney Peter Axelrod, stipulate and agree as follows:

1. Defendant's memorandum re: juror's statements is due November 20, 2013;

2. The government's response to defendant's memorandum re: juror's statements is due November 27, 2013;

3. The defendant's and the government's sentencing memorandum are due November 27, 2013 and;

**Stipulation and [Proposed] Order
Amending Briefing Schedule and
Sentencing Hearing**     1

4.  The sentencing hearing date will be continued to December 4, 2013.

Dated: October 2, 2013            /s/   Dennis P. Riordan
                                  DENNIS P. RIORDAN
                                  Attorney for Defendant
                                  HASAN IBRAHIM


Dated: October 2, 2013            /s/   Peter Axelrod
                                  PETER AXELROD
                                  Assistant United States Attorney


IT IS SO ORDERED.

Dated: October 7, 2013
_____
HONORABLE EDWARD M. CHEN
United States District Judge

GRANTED
Judge Edward M. Chen

**Stipulation and [Proposed] Order Amending Briefing Schedule and Sentencing Hearing**          2